UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMUD MOHAMED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. GONZALES,<br><br>　　　　Defendant. | No. 2:17-cv-1773 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff marked through his signature on the application. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit a completed and properly signed application for leave to proceed in forma pauperis.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

　　　　2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

/////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed and properly signed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moha1773.3d