UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMUD MOHAMED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. GONZALES,<br><br>　　　　Defendant. | No. 2: 17-cv-1773 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 7.)

On August 30, 2017, the undersigned granted plaintiff thirty days to file a properly completed application to proceed in forma pauperis. (ECF No. 6.) Thirty days passed and plaintiff did not file an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file an application to proceed in forma pauperis.

Failure to respond to this order will result in dismissal of this action.

Dated: October 24, 2017

Moh1773.osc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1