UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMUD MOHAMED, | No. 2:17-cv-1773 KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. GONZALES, | |
| Defendant. | |

On October 24, 2017, the undersigned ordered plaintiff to show cause why this action should not be dismissed for his failure to file a properly completed in forma pauperis application. (ECF No. 8.)  On November 1, 2017, plaintiff filed a motion for an extension of time to file his in forma pauperis application.  (ECF No. 9.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 8) is vacated;

2. Plaintiff's motion for an extension of time (ECF No. 9) is granted;

3. Plaintiff shall file an application to proceed in forma pauperis on or before November 27, 2017.

Dated:  November 9, 2017

moha1773.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE