UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMUD MOHAMED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GONZALES,<br><br>　　　　Defendant. | No. 2: 17-cv-1773 KJN P<br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2018, the undersigned referred this action to the Post-Screening ADR Project. (ECF No. 20.) On June 5, 2018, a settlement conference was held. This action did not settle.

　　　Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendant Gonzales shall file a response to the complaint.

Dated: June 7, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Moh1773.ord

1