UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMUD MOHAMED, | No. 2: 17-cv-1773 KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. GONZALES, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the scheduling order to extend the discovery deadline for the sole purpose of filing a motion to compel (ECF No. 32) is granted; any motion to compel must be filed on or before November 16, 2018.

Dated: November 7, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Moh1773.eot

1